IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Chapter 11 |
| | : |
| MTF HOLDINGS, LLC | : Case No. 26- |
| | : |
| Debtor. | : |
| | : |

### LIMITED LIABILITY COMPANY AUTHORIZING THE FILING OF A VOLUNTARY PETITION UNDER CHAPTER 11 OF TITLE 11 OF THE UNITED STATES CODE, AS AMENDED

WHEREAS, MTF Holdings, LLC, a Pennsylvania limited liability company (the "Company") is unable to pay its debts as they mature, and it is necessary for the Company to reorganize, and it is advisable to proceed under the Acts of Congress relating to bankruptcy;

RESOLVED, that in the judgment of MTF Holdings, LLC, it is in the best interests of the Company that a petition be filed by the Company seeking relief under chapter 11 of title 11 of the United States Code, as amended (the "Bankruptcy Code");

RESOLVED, that the Company is authorized to file a voluntary petition for reorganization under the Bankruptcy Code;

RESOLVED that Michael Fay is hereby authorized to execute the Petition and other documents, and to take or cause to be taken such proceedings as may be desirable or necessary to secure the Company any and all relief that it may be entitled to under the Bankruptcy Code;

FURTHER RESOLVED that the law firm of Ciardi Ciardi & Astin be employed as general bankruptcy counsel for the Company in connection with Company's case under chapter 11 to carry out the provisions of the resolution.

MTF HOLDINGS, LLC

Dated: January 20, 2026    By: _____MTF_____
Michael Fay
Owner

Doc ID: 89d2f74f7bba0f2448fecbd6d897d9204b3f9e92